R. MAC PROUT, State Bar # 101263
SHARON B. FUTERMAN, State Bar # 124238
LAURIE L. MARQUIS, State Bar # 195989
**PROUT • LeVANGIE**
2021 N Street
Sacramento, CA 95811
Tel: (916) 443-4849
Fax: (916) 443-4855

Attorneys for Plaintiff
PHILADELPHIA INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, and DOES 1 – 100,<br><br>  Defendants. | CASE NO. 4:08-CV-05686-SBA<br>(Unlimited Jurisdiction)<br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY <u>ONLY</u>; ORDER**<br>**[Pursuant to FRCP, Rule 41(a)(2)]** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff PHILADLEPHIA INDEMNTIY INSURANCE COMPANY hereby dismisses, with prejudice, defendant AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ONLY, pursuant to the following terms:

1. The dismissal is in favor of defendant AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY ONLY;

2. The dismissal is with prejudice;

3.  Plaintiff PHILADELPHIA INDEMNITY INSURANCE COMPANY and defendant AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY each agree to assume their owns costs and attorney's fees incurred in this action.

DATED: December ____, 2009    **PROUT • LEVANGIE**

By:_____
SHARON B. FUTERMAN – SBN 124238
Attorneys for Plaintiff PHILADELPHIA
INDEMNITY INSURANCE COMPANY

DATED: December ___, 2009    **KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP**

By:_____
ALLISON L. COOPER – SBN 152384
Attorneys for Defendant
AMERICAN INTERNATIONAL SPECIALITY
LINES INSURANCE COMPANY

DATED: December ___, 2009    **COZEN O'CONNOR**

By:_____
JOHN L. WILLIAMS – SBN 152384
Attorneys for Defendants
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY and ILLINOIS UNION INSURANCE
COMPANY

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED

Dated: 1/11/10

_____
Saundra Brown Armstrong
United States District Judge