UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, and DOES 1-100,<br><br>             Defendants. | Case No:  C 08-5686 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME FOR MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Docket 66 |

Plaintiff has filed a Motion to Shorten Time for Motion to Continue Hearing on Defendant's Motion for Summary Judgment, which is scheduled for hearing on March 2, 2010. However, a noticed motion is unnecessary for an application for an order shortening time.  See Civ. L.R. 6-3.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Shorten Time for Motion to Continue Hearing on Defendant's Motion for Summary Judgment (Docket 66) is DENIED as moot.  Defendants' summary judgment motions shall be held in abeyance pending resolution of the motion to continue the hearing date on the summary judgment motions.  This Order terminates Docket No. 66.

IT IS SO ORDERED.

Dated:  February 10, 2010

_Saundra B Armstrong_

SAUNDRA BROWN ARMSTRONG
United States District Judge