UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE CO., <br><br> Plaintiff(s), <br><br> v. <br><br> WESTCHESTER SURPLUS LINES INSURANCE CO., et al., <br><br> Defendant(s). | No. C08-5686 SBA (BZ) <br><br><br> **ORDER RE OVERDUE PAPERS** |

TO: Plaintiffs and Defendants and their attorneys of record:

On April 20, 2009, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for May 27, 2010. Your statement was due May 20, 2010. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business **Monday, May 24, 2010**, plaintiffs and defendants and their attorneys of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: May 21, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\PHILADELPHIA LATE PAPER ORD.wpd

1